UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

STAMPS & STAMPS,
ATTORNEYS AT LAW,

    Plaintiff,                                     Case No. 3:20-cv-156

vs.

                                               District Judge Michael J. Newman
ELITE ROOFING, INC.,                    Magistrate Judge Sharon L. Ovington

    Defendant.

## ORDER

Plaintiff initiated this civil case by filing the complaint on April 23, 2020. Doc. 1. The docket reflects that Defendant was served on July 13, 2020. Doc. 6. Defendant was required to serve a responsive pleading on or before August 3, 2020. *See* Fed. R. Civ. P. 12(a)(1). To date, the docket does not evidence service of a responsive pleading by Defendant. Therefore, it appears Defendant is in default.

Plaintiff is **ORDERED** to seek an entry of default **WITHIN 14 DAYS** of the filing date of this Order. Plaintiff is notified that failure to act may result in the dismissal of this case for failure to prosecute.

    **IT IS SO ORDERED.**

Date:  February 3, 2021                          *s/ Michael J. Newman*
                                                                              Michael J. Newman
                                                                              United States District Judge